```
                                          U.S. DISTRICT COURT
                                          DISTRICT OF VERMONT
                                                FILED
        UNITED STATES DISTRICT COURT
                 FOR THE                  2021 FEB 19  AM 11: 28
           DISTRICT OF VERMONT
                                                 CLERK
DENNIS RUSSIN,                     )      BY_____
                                   )           DEPUTY CLERK
        Plaintiff,                 )
                                   )
v.                                 )      Case No. 2:19-cv-105
                                   )
STATE OF VERMONT, ET AL.,          )
                                   )
        Defendants.                )
```

## ORDER OF DISMISSAL

A review of the docket in this case reveals the following:

1. On June 12, 2019, Plaintiff filed an Application for Leave to Proceed In Forma Pauperis ("IFP") together with the required financial affidavit and a proposed Complaint.

2. On July 1, 2019, Plaintiff's IFP Application was granted and his Complaint filed.

3. Following the filing of Defendants' motion to dismiss, to which Plaintiff did not respond, on January 6, 2020, the Magistrate Judge issued a Report and Recommendation ("R & R") recommending that the motion to dismiss be granted.

4. No objections to the R & R were filed.

5. On September 21, 2020, the court issued an Opinion and Order adopting in part the R & R. The court granted in part and denied in part Defendants' motion to dismiss. Plaintiff's remaining claims are his Eighth Amendment claims for monetary damages against Defendants Hale, Brouillette, Weikel, and Bond in their individual capacities. Plaintiff was granted leave to amend his Complaint within twenty days of the Order.

6. Following two motions for an extension of time file an Amended Complaint, Plaintiff's Amended Complaint was due no later than October 13, 2020.

7. On January 25, 2021, the court issued an Order to show cause by February 15, 2021 why the case should not be dismissed for failure to prosecute and warned Plaintiff that failure to respond may result in dismissal of his case.

8. To date, no further filings have been received.

Accordingly, this case is DISMISSED; the Clerk of Court is directed to close the case file.

SO ORDERED.

Dated at Burlington, in the District of Vermont, this 19th day of February, 2021.

Christina Reiss, District Judge
United States District Court